IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. EADDY, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| MRS. D. SAUERS, et al. | : | |
| Respondents | : | No. 10-7538 |

**O R D E R**

AND NOW, this 21st day of February, 2012, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the Commonwealth's Response, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and Petitioner's objections, I HEREBY ORDER as follows:

1. Petitioner's objections to the Report and Recommendation are OVERRULED.[1]

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED with prejudice.

4. A certificate of appealability is DENIED.

        /s/ J. William Ditter, Jr.
        J. WILLIAM DITTER, JR., J.

---

[1] Petitioner's Objections to Judge Sitarski's Report and Recommendation merely restate the issues which Petitioner presented in his habeas petition. As Judge Sitarski's Report and Recommendation correctly and comprehensively addressed the claim of ineffective assistance of counsel presented in Petitioner's habeas petition, I conclude that Petitioner's objections are overruled.